# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

| | | | |
|---|---|---|---|
| United States of America | ) | | |
| v. | ) | | |
| VICTORIA SWAIN | ) | Case No: | 99-20018-02 |
| | ) | USM No: | 17021-039 |
| Date of Previous Judgment: March 13, 2001 | ) | Rhonda Brazile | |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  ☑ the defendant  ❑ the Director of the Bureau of Prisons  ❑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
　　　❑ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___108___ months **is reduced to** _____Time Served_____.

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: ___31___ | | Amended Offense Level: ___29___ | |
| Criminal History Category: ___I___ | | Criminal History Category: ___I___ | |
| Previous Guideline Range: ___108___ to ___135___ months | | Amended Guideline Range: ___87___ to ___108___ months | |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.
❑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❑ Other (explain):

## III.  ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated _____3/13/2001_____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: ___July 23, 2008___　　　　　 s/Victoria A. Roberts
　　　　　　　　　　　　　　　　　　　　　　　　　　Judge's signature

Effective Date: ___July 23, 2008___　　　　 Victoria A. Roberts, U.S. District Judge
　　　　　(if different from order date)　　　　　　 Printed name and title